**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JULIA ANGWIN, on behalf of herself and all others similarly situated,

*Plaintiffs*,

v.

SUPERHUMAN PLATFORM INC.,

*Defendant*.

Case No. 1:26-cv-02005-JGK

**DEFENDANT SUPERHUMAN PLATFORM INC.'S MOTION TO COMPEL ARBITRATION, ENFORCE THE CLASS ACTION WAIVER, AND STAY ALL PROCEEDINGS**

PLEASE TAKE NOTICE that upon (i) the Complaint filed in this action on March 11, 2026 (ECF No. 1); (ii) the accompanying Memorandum of Law in Support of Defendant Superhuman Platform Inc.'s Motion to Compel Arbitration, Enforce the Class Action Waiver, and Stay All Proceedings (the "Motion"); (iii) the Declaration of Jakub Kepczynski in support of the Motion; and (iv) the Declaration of Daniel E. Raymond in support of the Motion, Defendant Superhuman Platform Inc. moves this Court, before the Honorable John G. Koeltl, for an order (a) compelling Plaintiff Julia Angwin to submit the claims asserted in this action to individual arbitration, pursuant to Defendant's Terms of Service, to which Plaintiff assented, and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, (b) enforcing the class action waiver, and (c) staying or dismissing this action pending arbitration pursuant to 9 U.S.C. § 3, and (d) granting such other and further relief as the Court may deem just and proper.

Dated: June 15, 2026
New York, New York

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ *Daniel E. Raymond*
Dori Ann Hanswirth
Theresa M. House
250 West 55th Street
New York, New York 10019-9710
Tel.: (212) 836-8000
Dori.Hanswirth@arnoldporter.com
Theresa.House@arnoldporter.com

Daniel E. Raymond (*pro hac vice*)
300 North LaSalle Street, Suite 3500
Chicago, Illinois 60654-3406
Tel.: (312) 583-2300
Daniel.Raymond@arnoldporter.com

*Attorneys for Defendant Superhuman Platform Inc.*