**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA ANGWIN, on behalf of herself and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>SUPERHUMAN PLATFORM INC.,<br>*Defendant*. | Case No. 1:26-cv-02005-JGK |

**DECLARATION OF DANIEL E. RAYMOND**
**IN SUPPORT OF DEFENDANT SUPERHUMAN PLATFORM INC.'S**
**MOTION TO COMPEL ARBITRATION, ENFORCE THE CLASS ACTION**
**WAIVER, AND STAY ALL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1746, I, Daniel E. Raymond, declare as follows:

1. I am an attorney duly admitted to practice in Illinois and admitted *pro hac vice* before this Court. I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP and counsel for Defendant Superhuman Platform Inc. ("Superhuman") in this action.

2. I submit this declaration in support of Superhuman's Motion to Compel Arbitration, Enforce the Class Action Waiver, and Stay All Proceedings (the "Motion").

3. This declaration is based on my personal knowledge unless indicated otherwise. If called as a witness, I would competently testify to these facts.

4. Attached as **Exhibit 1** is a true and correct copy of the email correspondence between Plaintiff's counsel and me, in which Plaintiff's counsel confirmed that Plaintiff uses the email address at issue in the Motion.

5. Attached as **Exhibit 2** is a true and correct copy of the Commercial Arbitration Rules of the American Arbitration Association (AAA) that I downloaded from the AAA website at: https://www.adr.org/rules-forms-and-fees/commercial/.

6. As of June 11, 2026, a podcast episode titled "Grand Theft Grammarly w/ Julia Angwin & Peter Romer-Friedman" that was posted by the "Computer Says Maybe" channel on March 24, 2026, was available at: https://podscan.fm/podcasts/computer-says-maybe/episodes/short-grand-theft-grammarly-w-julia-angwin-amp-peter-romer-friedman. The relevant timestamp of the episode that is cited in the brief in support of the Motion is 08:50-09:30.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 15, 2026, in Chicago, Illinois.

*/s/ Daniel E. Raymond*
Daniel E. Raymond