**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIA ANGWIN, on behalf of herself and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>SUPERHUMAN PLATFORM, INC.,<br>*Defendant*. | Case No. 1:26-cv-02005-JGK |

**DEFENDANT SUPERHUMAN PLATFORM INC.'S**
**MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon (i) the Complaint filed in this action on March 11, 2026 (ECF No. 1); (ii) the accompanying Memorandum of Law in Support of Defendant Superhuman Platform Inc.'s Motion to Dismiss (the "Motion"); and (iii) the Declaration of Ailian Gan in support of the Motion, Defendant Superhuman Platform Inc. moves this Court, before the Honorable John G. Koeltl, to dismiss the Complaint with prejudice for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: June 15, 2026
New York, New York

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Dori Ann Hanswirth*

Dori Ann Hanswirth
Theresa M. House
250 W. 55th St.
New York, NY 10019
(212) 918-3000
Dori.Hanswirth@arnoldporter.com
Theresa.House@arnoldporter.com

Daniel Raymond (*pro hac vice*)
300 North LaSalle Dr.
Suite 3500
Chicago, IL 60654
(312) 583-2379
Daniel.Raymond@arnoldporter.com

*Attorneys for Defendant Superhuman Platform Inc.*