UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JULIA ANGWIN,

                    Plaintiff(s)

         -against-

SUPERHUMAN PLATFORM, INC.,

                   Defendant(s).
-------------------------------------------------------------X

             26 civ 2005 (JGK)

**ORDER**

The conference scheduled for Wednesday, July 29, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      July 22, 2026